AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

FILED
FEB 4 1997
LARRY W. PROPES, CLERK
CHARLESTON, SC

THE LONDON MANHATTAN COMPANY,

    Plaintiff,

vs.

STEVE A. VANDERBOOM, LLOYD K. "BUZZ" BENSON, PIPER JAFFRAY, INC., GREG AVIS, and SUMMIT PARTNERS,

    Defendants,

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:96-0905-23

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Defendants' Steve A. Vanderboom, Lloyd K. "Buzz" Benson, Piper Jaffray, Inc., Greg Avis, and Summit Partners, Motion to Dismiss be Granted, and the Action is hereby dismissed.

LARRY W. PROPES, Clerk

By _____
Deputy Clerk

February 4, 1997